THE PEOPLE OF THE STATE OF NEW YORK v. ETHEL P. PRIMON and NICHOLAS BROUS.— Motion to dismiss appeal granted. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YOTK v. DOMINICK LAVETERE.— Motion to dismiss appeal granted. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN H. JONES.— Motion to dismiss appeal granted. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MARY A. MARCUS.— Motion to dismiss appeal granted unless appellant procure the record on appeal and appellant's points to be filed so appeal can be argued or submitted on or before June 9, 1931. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRED MARKS.— Motion to dismiss appeal granted, unless appellant procure the record on appeal and appellant's points to be filed on or before April 15, 1931. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

ALBERT NYGREN v. SOLOMON FRIEDLAND.— Motion to dismiss appeal denied. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

HAROLD FRANCIS DINGEE and Others v. SID BLAKE and Others, Impleaded, etc. — Motion to dismiss appeal denied. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

T. J. McLAUGHLIN's SONS v. HENRY A. BLUMENTHAL and Others, as Executors, etc., of SAMUEL BLUMENTHAL, Deceased.—Application denied, with ten dollars costs and stay vacated. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

CAMPBELL, CONNELLY, INC., v. GENE AUSTIN, INC.—Application denied, with ten dollars costs, and stay vacated. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

ABRAHAM MILLER v. 27–29 WEST ONE HUNDRED AND FIFTEENTH STREET CORPORATION, Impleaded, etc.—Application denied, with ten dollars costs, and stay vacated. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

LOUIS SALAMONE v. FRANCESCO NADAL.—Application denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

WILLIAM V. SHEARER v. JEROME G. STABILE and Another.—Application denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

A. G. CURTAIN MFG. CO., INC., v. LAW UNION & ROCK INSURANCE COMPANY, LIMITED, OF LONDON, and Others.—Application denied, with ten dollars costs, and stay vacated. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

NOV-E-LINE MANUFACTURING CO., INC., v. NATIONAL SMELTING AND REFINING CORPORATION.—Application denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

DOBBINS COAL CO., INC., v. DAVID RICHTER, Impleaded, etc.—Application denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

PHILIP BERGLAS v. S. KANDEL & CO., INC.—Application denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.